UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOSHIHIRO OSAKO

    Plaintiff,

v.

PH SERVICES LLC, d/b/a Crowne Plaza Hotel, et al.,

    Defendants.

CASE NO. C11-916-RSL

ORDER OF TRANSFER

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

    (1)    The Report and Recommendation is ADOPTED and APPROVED;

    (2)    The Clerk of the Court is directed to CLOSE THIS CASE and TRANSFER all original documents to the United States District Court for the District of Oregon, pursuant to 28 U.S.C. § 1406(a);

    (3)    Plaintiff's motion for court-appointed counsel, Dkt. 6, is DENIED as moot without prejudice to raise the issue again after transfer to the District of Oregon; and

ORDER
PAGE -1

(4) The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 24th day of August, 2011.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
PAGE -2